IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : Civil No. 1:05CV00679 |
| Plaintiff, | : |
| v. | : |
| $32,926.74 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK ACCOUNT NUMBER ENDING IN 2204, | : |
| $1,181.47 IN U.S. CURRENCY SEIZED FROM FARMERS AND MERCHANTS BANK ACCOUNT NUMBER ENDING IN 6547, | : |
| $9,982.00 IN U.S. CURRENCY, | : |
| TOSHIBA LAPTOP COMPUTER, SERIAL NUMBER Z8285827A, | : |
| PANASONIC PLASMA TELEVISION, SERIAL NUMBER YB4320038, | : |
| GATEWAY FLAT SCREEN TELEVISION, SERIAL NUMBER 33041727888, | : |
| SANYO TELEVISION, SERIAL NUMBER B3450202567899, | : |
| SONY TELEVISION, SERIAL NUMBER 8052191, | : |
| MISCELLANEOUS JEWELRY, | : |
| 2005 MINI COOPER, VIN: WMWRE33455TD91502, | : |
| 2002 JAGUAR, VIN: SAJEA51D42XC37994, | : |
| 2003 LAND ROVER, VIN: SALTP164X3A799379, | : |

$5,041.63 IN U.S. CURRENCY SEIZED       :
FROM FARMERS AND MERCHANTS BANK         :
ACCOUNT NUMBER ENDING IN 5510,          :
                                        :
$8,344.79 IN U.S. CURRENCY SEIZED       :
FROM FARMERS AND MERCHANTS BANK         :
ACCOUNT NUMBER ENDING IN 5401,          :
                                        :
$15,293.68 IN U.S. CURRENCY SEIZED      :
FROM BANK ONE ACCOUNT NUMBER            :
ENDING IN 1235,                         :
                                        :
$55,241.19 IN U.S. CURRENCY SEIZED      :
FROM BANK ONE ACCOUNT NUMBER            :
ENDING IN 4499,                         :
                                        :
$15,144.24 IN U.S. CURRENCY SEIZED      :
FROM FIDELITY BROKERAGE SERVICES        :
ACCOUNT NUMBER ENDING IN 0059,          :
                                        :
$7,017.85 IN U.S. CURRENCY SEIZED       :
FROM FIDELITY BROKERAGE SERVICES        :
ACCOUNT NUMBER ENDING IN 3768,          :
                                        :
$7,247.74 IN U.S. CURRENCY SEIZED       :
FROM AMERITRADE ACCOUNT NUMBER          :
ENDING IN 1130,                         :
                                        :
2004 MASERATI, VIN ZAMBC38A740011612,   :
                                        :
ALL RIGHTS OF THE SELLER UNDER          :
CONTRACT FOR SALE OF                    :
THE "ITALY CAFÉ",                       :
                                        :
            Defendants.                 :

**ENTRY OF DEFAULT**

IT APPEARING that all persons and entities having any interest in the defendant property, except Chelsea DeSorbo (individually and as sole heir of Marsha DeSorbo); Donald Gary DeSorbo (individually and on behalf of Precedence International, Inc., Carib Cay Ventures, Dakota Trading Co., Inc., Varda Acquisitions, Inc., and Vanquish International Investments, LLC), and Andrew DeSorbo, are in default for failure to file a claim and an answer or otherwise defend as provided for in Rule C (now Rule G) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims;

Default is hereby entered against all persons and entities having any interest in the defendant property, except Chelsea DeSorbo (individually and as sole heir of Marsha DeSorbo); Donald Gary DeSorbo (individually and on behalf of Precedence International, Inc., Carib Cay Ventures, Dakota Trading Co., Inc., Varda Acquisitions, Inc., and Vanquish International Investments, LLC), and Andrew DeSorbo.

This the 16 day of January, 2007.

                                          /s/ John S. Brubaker
                                          CLERK, U.S. DISTRICT COURT